Slip Op. 23-105

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CHINA MANUFACTURERS ALLIANCE, LLC and DOUBLE COIN HOLDINGS LTD., et al.,** | |
| Plaintiffs, | **Before: Timothy C. Stanceu, Judge** |
| v. | **Consol. Court No. 15-00124** |
| **UNITED STATES,** | |
| Defendant. | |

## JUDGMENT

Before the court are the Final Results of Redetermination Pursuant to Court Remand (June 14, 2023), ECF No. 272 (the "Remand Redetermination") submitted to the court by the International Trade Administration, U.S. Department of Commerce ("the Department") in response to the court's Opinion and Order in *China Manufacturers Alliance, LLC v. United States*, No. 23-75, 2023 WL 3479423 (Ct. Int'l Trade May 16, 2023) ("*CMA V*").

The court determines that the Remand Redetermination complies with the court's decisions in *CMA V* that plaintiffs China Manufacturers Alliance, LLC and Double Coin Holdings Ltd. (collectively, "Double Coin") did not rebut the Department's presumption of control by the Government of China over export activities and that Double Coin, consequently, must be assigned the PRC-wide rate of 105.31%.

No party filed comments in opposition to the Remand Redetermination within the 30-day period provided for in USCIT Rule 56.2(h).

Upon consideration of the Remand Redetermination and all other papers and proceedings had herein, and upon due deliberation, it is hereby

**ORDERED** that the Department's finding in the Remand Redetermination that Double Coin did not rebut the presumption of government control be, and hereby is, sustained; it is further

**ORDERED** that the Department's assignment of the PRC-wide rate of 105.31% to Double Coin be, and hereby is, sustained; and it is further

**ORDERED** that entries affected by this litigation shall be liquidated in accordance with the final judicial decision in this action.

/s/ Timothy C. Stanceu
Timothy C. Stanceu, Judge

Dated: July 19, 2023
New York, New York