## UNITED STATES COURT OF INTERNATIONAL TRADE

*Before:* The Honorable Timothy C. Stanceu, Senior Judge

| | |
|---|---|
| **China Manufacturers Alliance, LLC and Double Coin Holdings Ltd.,** | )<br>)<br>)<br>) |
| *Plaintiffs* | ) Consol. Court No. 15-00124 |
| v. | )<br>) |
| **United States,** | )<br>) |
| *Defendant.* | )<br>) |

## NOTICE OF APPEAL

Notice is hereby given that China Manufacturer Alliance, LLC ("CMA") and Double Coin Holdings LTD (collectively "CMA"), plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment of the U.S. Court of International Trade entered in this action, *China Manufacturers Alliance, LLC v. United States*, Ct. No. 15-00124, Slip Op. 23-105 (Ct. Int'l Trade July 19, 2023), ECF 274.

Respectfully submitted,

/s/ Daniel L. Porter

Daniel L. Porter
James P. Durling

*Counsel for China Manufacturers Alliance LLC and Double Coin Holdings, Ltd*

Dated: September 11, 2023