# United States Court of Appeals for the Federal Circuit

---

**CHINA MANUFACTURERS ALLIANCE, LLC, DOUBLE COIN HOLDINGS LTD.,**

*Plaintiffs-Appellants*

**GUIZHOU TYRE CO., LTD., GUIZHOU TYRE IMPORT AND EXPORT CO., LTD.,**

*Plaintiffs*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2023-2391

---

Appeal from the United States Court of International Trade in Nos. 1:15-cv-00124-TCS, 1:15-cv-00128-TCS, Senior Judge Timothy C. Stanceu.

---

## MANDATE

---

In accordance with the judgment of this Court, entered April 28, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 20, 2025
Date

Jarrett B. Perlow
Clerk of Court

Case 1:25-cv-02391-TCS   Document 70   Filed 06/20/2025   Page 2 of 2